No. 99–1412. CHEROKEE CORPORATION OF LINDEN, VIRGINIA, INC. *v.* CAPITAL SKIING CORP., 529 U. S. 1087;

No. 99–6199. COLVIN-EL *v.* NUTH, WARDEN, ET AL., 529 U. S. 1088;

No. 99–7763. JOHNSON *v.* LUMBERMENS MUTUAL CASUALTY CO. ET AL., 529 U. S. 1024;

No. 99–7781. WISNIEWSKI *v.* CONTI ET AL., 529 U. S. 1070;

No. 99–7813. FELIX *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 528 U. S. 1193;

No. 99–7821. HORNSBY *v.* EVANS, WARDEN, 529 U. S. 1026;

No. 99–8137. COLEMAN *v.* JOHN THOMAS BATTS, INC., 529 U. S. 1071;

No. 99–8141. SPAIN *v.* WEST, SECRETARY OF VETERANS AFFAIRS, 529 U. S. 1059;

No. 99–8144. MICHELFELDER *v.* GAY & CHACKER, P. C., 529 U. S. 1042;

No. 99–8193. GREEN *v.* TEXAS, 529 U. S. 1059;

No. 99–8289. PEABODY *v.* ZLAKET, CHIEF JUSTICE, SUPREME COURT OF ARIZONA, ET AL., 529 U. S. 1074;

No. 99–8291. STEWART *v.* UNITED STATES, 529 U. S. 1059;

No. 99–8305. IN RE RUSSEL, 529 U. S. 1065;

No. 99–8319. JOHNSON *v.* JEFFERSON, 529 U. S. 1089;

No. 99–8354. DAVIS *v.* UNITED PARCEL SERVICE, INC., ET AL., 529 U. S. 1090;

No. 99–8388. CANCASSI *v.* ROBINSON, 529 U. S. 1075;

No. 99–8519. WOODS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., 529 U. S. 1092;

No. 99–8574. HADDAD *v.* MICHIGAN NATIONAL CORP. ET AL., 529 U. S. 1078; and

No. 99–8823. MARCELLO *v.* MAINE DEPARTMENT OF HUMAN SERVICES, 529 U. S. 1102. Petitions for rehearing denied.

No. 96–8823. JANECKA *v.* TEXAS, 522 U. S. 825. Motion for leave to file petition for rehearing denied.

JUNE 13, 2000

No. 99–9574 (99A948). IN RE BRYSON. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,